# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ASHLEY SINDELAR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:14CV274 |
| | ) | |
| V. | ) | |
| | ) | |
| **DORMAN PRODUCTS, INC.,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

James Clements has moved to withdraw as counsel for Plaintiff in this matter. (Filing 33.) Upon the representation that Plaintiff will remain represented in this case, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney (filing 33) is granted.

2. The Clerk of Court shall terminate the appearance of James Clements as counsel for Plaintiff and terminate future notices to Mr. Clements in this action.

**DATED July 1, 2015.**

            **BY THE COURT:**

            **S/ F.A. Gossett**
            **United States Magistrate Judge**