# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ASHLEY SINDELAR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:14CV274** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DORMAN PRODUCTS, INC.,** | ) | **JUDGMENT** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (filing 36),

**IT IS ORDERED** that the above-captioned action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**DATED October 1, 2015.**

> **BY THE COURT:**
>
> **S/ F.A. Gossett**
> **United States Magistrate Judge**